IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          No. 4:12-cr-98-DPM

DORIS ANN CAGLE                                                       DEFENDANT

ORDER

Motion, № 16, granted.  All charges in the Indictment are dismissed without prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

22 April 2013